**EXHIBIT C**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:25-cv-01991-SKC-MDB

ARCHIE MORGAN,

Plaintiff,

v.

V2X, INC.,

Defendant.

_____

**PLAINTIFF'S PRIVILEGE LOG**

_____

Plaintiff Archie Morgan hereby submits this Privilege Log pursuant to Fed. R. Civ. P. 26(b)(5) in connection with his Responses to Defendant's First Set of Discovery Requests.

| Date Range | Document Type | Privilege Claimed | Description of Subject Matter |
|---|---|---|---|
| 11/24/24 – Present | Search History | Opinion Work-Product | Private research used to find legal rules and cases related to my claims of retaliation and defamation. |
| 11/23/24 – Present | AI Tools & Outputs | Opinion Work-Product | Private prompts and AI analysis used to look at evidence and help build my legal arguments. |

| 11/24/24 – Present | Personal Notes | Opinion Work-Product | My own private notes, timelines, and thoughts about what happened and what witnesses said. |
| --- | --- | --- | --- |
| 06/25/25 – Present | Unfiled Legal Drafts | Opinion Work-Product | Draft versions of my court papers and discovery requests that I am still working on. |
| 11/23/24 – Present | Consultations | Opinion Work-Product | Private talks and emails with potential lawyers or experts about my legal strategy. |

_____

### CERTIFICATION

I certify that the above-listed items are being withheld solely on the basis of the privileges asserted, as these materials contain my mental impressions, conclusions, opinions, and legal theories prepared in anticipation of litigation.

*/s/ Archie Morgan*
Dated: February 8, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2026, I electronically served the foregoing

**PLAINTIFF'S PRIVILEGE LOG**  with the Clerk of the Court using the CM/ECF system,

which will send notification of such filing to all counsel of record.


David C. Gartenberg
dgartenberg@littler.com
Billie Jo M. Risheim
brisheim@littler.com
LITTLER MENDELSON, P.C.
1900 Sixteenth Street
Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200


/s/ Archie Morgan Plaintiff,
 Pro Se
14514 Pearl Flats
San Antonio, TX 78253
573.225.5536
keon_keon2@hotmail.com