Case No. 1:25-cv-01991-SKC-MDB

ARCHIE MORGAN,
Plaintiff,

v.

V2X, INC.,
Defendant.

---

## AFFIDAVIT OF CYBERSECURITY COMPLIANCE

I, Archie Morgan, being of lawful age and duly sworn, state as follows:

1. I am the Plaintiff in the above-captioned matter and have personal knowledge of the facts stated herein. I submit this Affidavit to provide the Court and the Defendant with verified assurance regarding the security and privacy protocols of the professional-grade research tools utilized in this litigation.

2. The software tools utilized for research and document management are paid, professional-grade platforms (non-consumer-tier) that include enhanced security, privacy, and administrative controls. These "closed-circuit" environments are architected to ensure strict data isolation. No third parties, including the platform service providers, are granted access to view, review, or process the content of discovery materials or work-product research. Access is restricted to my authenticated, secure account and is protected by multi-factor authentication (MFA).

3. Under the governing Terms of Service for these tools, the service provider is expressly prohibited from utilizing any data, prompts, or documents uploaded by the user for the

1

training of global Large Language Models (LLMs) or for any internal "human-in-the-loop" review.

4. All data handled within these tools is protected by industry-standard encryption, including AES-256 encryption at rest and TLS (Transport Layer Security) for data in transit. These protocols meet or exceed the security requirements necessary to protect confidential information under the existing Protective Order.

5. While providing these sworn security assurances, I maintain my objection to disclosing the specific names of these tools. Such disclosure would reveal my mental impressions, research strategies, and litigation work-product, which are protected from discovery.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Archie Morgan, Plaintiff

Signature: _Archie Morgan_

---

Notary Block

STATE OF _Texas_ )
ss.
COUNTY OF _Bryn_ )

Subscribed and sworn to (or affirmed) before me this _9th_ day of March, 2026, by Archie Morgan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Witness my hand and official seal.

MARIO RENDON

---

Notary Public

My commission expires: _09162029_

Mario Martinez Rendon
My Commission Expires
9/16/2029
Notary ID 2803808
NOTARY PUBLIC
STATE OF TEXAS