**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.: 1:25-cv-01991-SKC-MDB

ARCHIE MORGAN,

Plaintiff,

v.

V2X, INC.,

Defendant.

---

# DEFENDANT'S NOTICE REGARDING PLAINTIFF'S USE OF AI TOOLS

---

Pursuant to the Court's March 30, 2026 Order regarding the use of AI tools in this case, [Doc. No. 65], Defendant V2X, Inc. ("V2X" or "Defendant") hereby submits the following notice.

1. On March 31, 2026, Plaintiff submitted to V2X a document styled "Notice of Disclosure of AI Platform and Compliance with Amended Protective Order" (the "AI Disclosure"), attached hereto as Exhibit A.

2. The AI Disclosure represents that Plaintiff "utilizes professional, enterprise-grade AI tools provided through Google Cloud Platform (GCP)" in this case, which, he believes, complies with the terms of the Order. *Id.* at p. 1. Plaintiff also attached the Google Cloud Terms of Service and Cloud Data Processing Addendum to his AI Disclosure, which are attached hereto, respectively, as Exhibit B and Exhibit C.

3. V2X appreciates Plaintiff's submissions, which alleviate some—but not all—of V2X's concerns.

4. Specifically, while Plaintiff has disclosed his use of the "Google Cloud Platform" and the terms of service for this platform, his AI Disclosure did not identify which *specific* Google AI service or tool he is utilizing, nor has he provided the applicable terms of service for this specific tool. Google offers a wide array of AI tools and products, including but not limited to Gemini, NotebookLM, Vertex, and Google AI Studio, and it is not clear to V2X whether the specific tool Plaintiff is utilizing complies with the terms of the Order.

5. Indeed, the contracts attached to Plaintiff's AI Disclosure expressly contemplate additional, service-specific terms—particularly for generative AI services—that can materially qualify how data is handled, including prompt logging and other non-service delivery uses. *See* Exhibit B (Google Cloud Terms of Service) at Section 4.3 (Generative AI Safety and Abuse for GCP Services). In other words, the Terms of Service acknowledge that generative AI prompts may be logged in some circumstances, i.e., for safety and abuse monitoring.

6. Thus, while the Google Cloud agreements may apply in the abstract, they do not demonstrate that Plaintiff's particular AI system is fully governed by contracts that satisfy the Order's requirements.

7. V2X is continuing to confer with Plaintiff regarding his use of AI tools in this case, including during a telephonic conferral call that occurred earlier today,

on April 10, 2026. During this call, Plaintiff disclosed for the first time that the specific AI tool that he is using is "Gemini."

8. In light of this recent disclosure, V2X is continuing to confer with Plaintiff to assess whether it intends to seek additional relief from the Court. Among other items, V2X is evaluating whether Plaintiff is utilizing Gemini Enterprise – Standard Edition, Gemini Enterprise – Business Edition, or a different Gemini-branded tool, each of which, upon information and belief, has distinct terms of service. V2X will promptly notify the Court if it determines that such additional relief is necessary.

Respectfully submitted this 10th day of April, 2026.

*/s/ David C. Gartenberg*

David C. Gartenberg
Carolyn B. Theis
Julian G.G. Wolfson
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Email: dgartenberg@littler.com
catheis@littler.com
jwolfson@littler.com

*Attorneys for Defendant V2X, Inc.*

## ARTIFICIAL INTELLIGENCE CERTIFICATION

In accordance with the Court's Standing Order for Civil Cases, Defendant V2X, Inc. certifies that no portion of this filing was drafted by artificial intelligence.

*/s/David C. Gartenberg*
David C. Gartenberg

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April 2026, I electronically filed the foregoing **DEFENDANT'S NOTICE REGARDING PLAINTIFF'S USE OF AI TOOLS** with the Clerk of Court using the CM/ECF system, and will send notification of such filing by U.S. Mail to the following:

Archie Morgan
14514 Pearl Flats
San Antonio, TX 78253
Telephone: 573.225.5536
Email: keon_keon2@hotmail.com

*Pro Se Plaintiff [E-Filing ]*

*/s/ Elisabeth L. Egan*
Elisabeth L. Egan

4919-0948-7520